

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00186-CV

---

## In the Interest of S. R. and J. R., Children

---

On Appeal from the 65th District Court

El Paso County, Texas

Trial Court No. 2025DCM2632

---

## MEMORANDUM OPINION

Mother has filed a "Notice of Nonsuit," which we construe as a motion to dismiss.[1] The motion, which is signed by Mother and her counsel, states that Mother no longer wishes to pursue this appeal.[2] We GRANT the motion as construed and dismiss the appeal. Tex. R. App. P. 42.1(a)(1) (authorizing an appellate court to dismiss an appeal on the appellant's motion).

---

[1] To protect the identity of the minor children who are the subject of this appeal, we refer to the children by their initials. Tex. R. App. P. 9.8. Appellant, the mother of the minor children, is referred to as "Mother," to further protect the identities of the minor children. *Id.*

[2] The motion does not include a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5), but we find good cause to invoke Rule 2 to suspend the certificate of conference requirement of Rule 10.1(a)(5) to

MARIA SALAS MENDOZA, Chief Justice

September 26, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

expedite the disposition of this appeal. Tex. R. App. P. 2 (authorizing an appellate court, for good cause, to suspend the operation of procedural rules, with limited exceptions that do not apply here).